1AO 450 (Rev. 5/85) Judgment in a Civil CASE
==============================================================================

## UNITED STATES DISTRICT COURT

__WESTERN__            DISTRICT OF   __NEW YORK__

**EMPIRE ENTERPRISES JKB, INC.,**

       **Plaintiff,**

       v.                                                                           **05-cv-6461P**
**NOVA CASUALTY COMPANY, AND**
**NOVA AMERICAN GROUPS, INC.,**
       **Defendant,**

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came to a hearing/bench trial before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** judgment is entered in favor of the plaintiff Empire Enterprises JBK, Inc. against defendants Nova Casualty Company and Nova American Groups, Inc., jointly and severally, in the amount of $84,653.63, plus prejudgment interest to be calculated at 9% per annum beginning on 2/23/05.

September 25, 2009
Date

                                **MICHAEL J. ROEMER**
                                **Clerk Of Court**
                              **United States District Court**

                                s/Tricia M. O'Fray
                              (BY) TRICIA M. O' FRAY
                                  Deputy Clerk